## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

---

In re:
BOLIN & COMPANY, LLC

Debtor(s).

Case No. 04-51011 AHWS

(CHAPTER 7)

$2626.51

Pd 9 519449

---

### REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: July 6, 2015

RONALD I. CHORCHES, Trustee
449 SILAS DEANE HIGHWAY
WETHERSFIELD, CT 06109
(860) 563-3955

## EXHIBIT A

Case Name:    BOLIN & COMPANY, LLC
Case Number:   04-51011

| Creditor Name and Address | Claim Number | Claim Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Betsy H. Allen<br>Melissa Zelen Neier Ivey, Barnum &, O'Mara, LLC, 170 Mason Street<br>Greenwich, CT 06830 | 8 | $20,000.00 | | $1,495.87 |
| Ann E. Scott<br>5 Meadowpark Ave., West<br>Stamford, CT 06905 | 11 | $1,000.00 | | $74.79 |
| Old World Chain<br>9536 Wilshire Blvd.<br>Beverly Hills, CA 90212 | 21 | $7,429.07 | | $555.65 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 0.00 | $ 2,126.31 |